CLARENCE W. PENSGARD, Plaintiff-Appellee, v. HARVEY J. POWERS, Defendant-Appellant.

(No. 55947;

First District—November 9, 1972.

*Rehearing denied December 7, 1972.*

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Edward M. Genson, of Chicago, for appellant.

Jacob J. Gordon, of Chicago, for appellee.